Paul B. Mengedoth (018507)
MENGEDOTH LAW PLLC
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail: paul@mengedothlaw.com

Attorney for Plaintiff Martin Valenzuela

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MARTIN VALENZUELA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al*.<br><br>　　　　Defendants. | No. 2:13-cv-02259-NVW<br><br>**PLAINTIFF MARTIN VALENZUELA'S NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION** |

　　　　Plaintiff Martin Valenzuela, by and through undersigned, provides notice that Plaintiff and Defendant Trans Union LLC have agreed to settle all Plaintiff's claims solely against Trans Union. Plaintiff's claims against Defendants Equifax, CBCInnovis and Experian are not implicated and shall remain. Plaintiff and Trans Union are in the process of memorializing the settlement terms, and they expect to jointly file a motion to dismiss all of Plaintiff's claims against Trans Union, with prejudice, within the next thirty (30) days.

DATED the 14th day of May, 2014.

**MENGEDOTH LAW PLLC**

__/s/  Paul B. Mengedoth_____
Paul B. Mengedoth
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255

Attorney for Plaintiff Martin Valenzuela

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on this 14th day of May 2014, through the CM/ECF System upon each of the following registrants:

Michael J. Coccaro, Esq.
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

J. Anthony Love, Esq.
Ian Smith, Esq.
King & Spalding LLP
1180 Peachtree Street N.E. Ste 1700
Atlanta GA 30309-7525.

Attorneys for Defendant Equifax Information Services LLC

Rana Nader, Esq.
Jones Day
3161 Michelson Drive
Suite 800
Irvine, CA 92612

Jonathan A. Dessaules, Esq.
Dessaules Law Group
5353 N. 16th Street Ste 110
Phoenix, AZ 85016-3282

Attorneys for Defendant Experian Information Solutions

Philip R. Wooten, Esq.
Philip R. Wooten, P.C.
3413 East Equestrian Trail
Phoenix, AZ 85044-3403

Alyson V. Blatney, Esq.
Strasburger & Price LLP
2801 Network Blvd, Ste 600
Frisco, TX 75034-1872

Attorneys for Defendant Trans Union LLC

Michael J. Plati, Esq.
Dickinson Wright
2901 N. Central Avenue
Suite 200
Phoenix, AZ 85012

Christi Adams Lawson, Esq.
Jennifer Toussaint, Esq.
Foley & Lardner LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL 32801

Attorneys for Defendant CBCInnovis Inc.


   /s/  Paul B. Mengedoth_____
         Paul B. Mengedoth

3