**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Martin Valenzuela, a married individual,<br><br>  Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, a Georgia corporation; Experian Information Solutions, Inc., an Ohio Corporation; Trans Union, LLC, a Delaware corporation; CBCInnovis, Inc., a Pennsylvania corporation,<br><br>  Defendants. | No. CV-13-02259-PHX-NVW<br><br>**ORDER** |

Plaintiff Martin Valenzuela and Defendant Trans Union have stipulated that all matters in controversy solely against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismiss with Prejudice, the Court makes and delivers the following ruling:

ITS IS ORDERED that only the claims and causes of action asserted herein by Plaintiff Martin Valenzuela against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

Dated this 12th day of June, 2014.

_____
Neil V. Wake
United States District Judge