1  Paul B. Mengedoth (018507)
2  MENGEDOTH LAW PLLC
   20909 N. 90th Place, Suite 211
3  Scottsdale, AZ 85255
4  Tel: (480) 778-9100
   Fax: (480) 778-9101
5  E-mail:  paul@mengedothlaw.com

6
   Attorney for Plaintiff Martin Valenzuela
7

8                    **UNITED STATES DISTRICT COURT**
9
10                         **DISTRICT OF ARIZONA**

11  MARTIN VALENZUELA,                    )        No. 2:13-cv-02259-DLR
                                          )
12              Plaintiff,                )
                                          )
13  v.                                    )
                                          )        **PLAINTIFF MARTIN**
14  EQUIFAX INFORMATION SERVICES,         )        **VALENZUELA'S NOTICE OF**
    LLC, *et al*.                         )        **SETTLEMENT WITH**
15                                        )        **DEFENDANT CBCINNOVIS**
                                          )
16              Defendants.               )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19

20
            Plaintiff Martin Valenzuela, by and through undersigned, provides notice that
21
22  Plaintiff and Defendant CBCInnovis, Inc. have agreed to settle all Plaintiff's claims in

23  this case solely against CBCInnovis.  Plaintiff's remaining claims against Defendants

24  Equifax and Experian are not implicated and shall remain.  Plaintiff and CBCInnovis

25  are in the process of memorializing the settlement terms, and they expect to jointly file a

26  motion to dismiss all of Plaintiff's claims against CBCInnovis, with prejudice, within

27  the next thirty (30) days.

28

1    DATED the 5th day of August, 2014.       **MENGEDOTH LAW PLLC**

2

3                                             ___/s/  Paul B. Mengedoth_____
                                              Paul B. Mengedoth
4                                             20909 N. 90th Place, Suite 211
                                              Scottsdale, AZ 85255
5

6                                             Attorney for Plaintiff Martin Valenzuela

7                              **CERTIFICATE OF SERVICE**

8          I hereby certify that a copy of the foregoing was served on this 5th day of August

9    2014, through the CM/ECF System upon each of the following registrants:

10

11   Michael J. Coccaro, Esq.
     Snell & Wilmer L.L.P.
12   One Arizona Center
13   400 E. Van Buren, Suite 1900
     Phoenix, Arizona 85004-2202
14

15   J. Anthony Love, Esq.
     Ian Smith, Esq.
16   King & Spalding LLP
17   1180 Peachtree Street N.E. Ste 1700
     Atlanta GA 30309-7525.
18

19   Attorneys for Defendant Equifax Information Services LLC

20
     Rana Nader, Esq.
21   Jones Day
     3161 Michelson Drive
22   Suite 800
23   Irvine, CA 92612

24
     Jonathan A. Dessaules, Esq.
25   Dessaules Law Group
     5353 N. 16th Street Ste 110
26   Phoenix, AZ 85016-3282

27
     Attorneys for Defendant Experian Information Solutions
28

2

1   Michael J. Plati, Esq.
2   Dickinson Wright
    2901 N. Central Avenue
3   Suite 200
    Phoenix, AZ 85012
4

5   Christi Adams Lawson, Esq.
    Jennifer Toussaint, Esq.
6   Foley & Lardner LLP
7   111 N. Orange Ave., Ste. 1800
    Orlando, FL 32801
8

9   Attorneys for Defendant CBCInnovis Inc.

10

11          /s/  Paul B. Mengedoth
             Paul B. Mengedoth
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3