# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Valenzuela,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>　　　　　　Defendants. | No. CV-13-02259-PHX-DLR<br><br>**ORDER** |

　　　Pursuant to the stipulation of the Plaintiff and Defendant CBCInnovis only, and good cause appearing,

　　　**IT IS HEREBY ORDERED** that only the claims and causes of action asserted herein by Plaintiff Martin Valenzuela against Defendant CBCInnovis are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

　　　Dated this 28th day of August, 2014.

_____
Douglas L. Rayes
United States District Judge