Paul B. Mengedoth (018507)
MENGEDOTH LAW PLLC
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail: paul@mengedothlaw.com

Attorney for Plaintiff Martin Valenzuela

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MARTIN VALENZUELA,  Plaintiff,  v.  EQUIFAX INFORMATION SERVICES, LLC, *et al*.  Defendants. | No. 2:13-cv-02259-DLR  **PLAINTIFF MARTIN VALENZUELA'S NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN** |

Plaintiff Martin Valenzuela, by and through undersigned, provides notice that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have agreed to settle all Plaintiff's claims in this case solely against Experian. Plaintiff's remaining claims against Defendant Equifax is not implicated and shall remain. Plaintiff and Experian are in the process of memorializing the settlement terms, and they expect to jointly file a motion to dismiss all of Plaintiff's claims solely against Experian, with prejudice, within the next thirty (30) days.

DATED the 9th day of September, 2014.

**MENGEDOTH LAW PLLC**

____/s/  Paul B. Mengedoth_____
Paul B. Mengedoth
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255

Attorney for Plaintiff Martin Valenzuela

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on this 9th day of September 2014, through the CM/ECF System upon each of the following registrants:

Michael J. Coccaro, Esq.
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

J. Anthony Love, Esq.
Ian Smith, Esq.
King & Spalding LLP
1180 Peachtree Street N.E. Ste 1700
Atlanta GA 30309-7525.

Attorneys for Defendant Equifax Information Services LLC

Rana Nader, Esq.
Jones Day
3161 Michelson Drive
Suite 800
Irvine, CA 92612

Jonathan A. Dessaules, Esq.
Dessaules Law Group
5353 N. 16th Street Ste 110
Phoenix, AZ 85016-3282

Attorneys for Defendant Experian Information Solutions

2

1     /s/  Paul B. Mengedoth
2      Paul B. Mengedoth

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3