IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Valenzuela,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>　　　　　　　Defendants. | No. CV-13-02259-PHX-DLR<br><br>**ORDER** |

　　　The Court having reviewed Plaintiff Martin Valenzuela and Defendant Experian Information Solutions, Inc. ("Experian") only (Doc. 87) Stipulation for Dismissal with Prejudice, and good cause appearing,

　　　IT IS ORDERED granting the Plaintiff's stipulation.

　　　IT IS FURTHER ORDERED that only the claims and causes of action asserted herein by Plaintiff Martin Valenzuela against Defendant Experian are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

　　　Dated this 2nd day of October, 2014.

_____
Douglas L. Rayes
United States District Judge