Paul B. Mengedoth (018507)
MENGEDOTH LAW PLLC
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail: paul@mengedothlaw.com

Justin M. Baxter, Esq. (pro hac vice)
BAXTER & BAXTER, LLP
8835 SW Canyon Lane, Suite 130
Portland, Oregon 97225
Tel (503) 297-9031
Fax (503) 291-9172
Email: justin@baxterlaw.com

Attorneys for Plaintiff Martin Valenzuela

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MARTIN VALENZUELA,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al*.<br><br>  Defendants. | No. 2:13-cv-02259-DLR<br><br>**PLAINTIFF VALENZUELA'S NOTICE OF SETTLEMENT** |

Plaintiff Martin Valenzuela, by and through the undersigned, hereby provides notice that Plaintiff and Defendant Equifax Information Services LLC have agreed to settle all Plaintiff's claims against Defendant Equifax. Plaintiff and Equifax are in the process of memorializing the settlement terms, and they expect to jointly file a motion

to dismiss all of Plaintiff's claims against Equifax, with prejudice, within the next forty-five (45) days.

DATED this 4th day of December, 2015.

**MENGEDOTH LAW PLLC**

____/s Paul B. Mengedoth____ _____
Paul B. Mengedoth

**BAXTER & BAXTER**

Justin M. Baxter, OSB No. 992178
justin@baxterlaw.com
(503) 297-9031 (Telephone)
(503) 291-9172 (Facsimile)

Attorneys for Plaintiff Martin Valenzuela

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on this 4th day of December, 2015, through the CM/ECF system upon each of the following registrants:

Jacob Jones, Esq.
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Lewis Perling, Esq.
Ian Smith, Esq.
King & Spalding LLP
1180 Peachtree Street N.E. Ste 1700
Atlanta GA 30309-7525.

1 | Attorneys for Defendant Equifax Information Services LLC
2 |
3 | _____/s/ Paul B. Mengedoth_____
4 |         Paul B. Mengedoth