# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Valenzuela,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>　　　　　　Defendants. | No. CV-13-02259-PHX-DLR<br><br>**ORDER** |

The Court, having reviewed Plaintiff Valenzuela's and Defendant Equifax's Stipulation for Dismissal, (Doc. 136), and good cause appearing,

**IT IS ORDERED** that only the claims and causes of action asserted herein by Plaintiff Martin Valenzuela against Defendant Equifax are in all respects dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Dated this 11th day of January, 2016.

Douglas L. Rayes
United States District Judge